## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN ELWELL,       :
            :
  Plaintiff,      :  Case No. 2:18-cv-00489-MSG
            :
  v.         :
            :
SAP AMERICA, INC.,     :
            :
  Defendant.     :

### STIPULATION OF DISMISSAL

**NOW** this 3rd day of February 2020, Plaintiff Brian Elwell and Defendant SAP America,

Inc. having settled all disputed legal claims, **STIPULATE** that this action is **DISMISSED**

**WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local

Civil Rule 41.1(b). To the extent Plaintiff asserted his legal claims on a class action basis

pursuant to Federal Rule of Civil Procedure 23, such class action allegations are withdrawn and

DISMISSED WITHOUT PREJUDICE as to any putative class member other than Plaintiff. All

of Plaintiff's claims in this action are DISMISSED WITH PREJUDICE.

/s/ Peter Winebrake
Peter Winebrake
Mark J. Gottesfeld
**Winebrake & Santillo, LLC**
715 Twining Road, Suite 211
Dresher, PA 19025
Phone: 215.884.2491

/s/ Kimberly J. Gost
Kimberly J. Gost
Marc D. Esterow
**Littler Mendelson, P.C.**
Three Parkway
1601 Cherry Street, Suite 1400
Philadelphia, PA 19102
Phone: 267.402.3000

Sergio Bent (admitted *pro hac vice*)
Steven M. Kroll (admitted *pro hac vice*)
**Bent Caryl and Kroll, LLP**
6300 Wilshire Boulevard, Suite 1415
Los Angeles, CA 90048
Phone: 323.315.0510

*Attorneys for Defendant*

*Attorneys for Plaintiff*

This case is marked **CLOSED**.

APPROVED 2/4/2020

_____
MITCHELL S. GOLDBERG, J.